# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-3343
LT Case No. 2001-36686-CFAES

_____

DAVID CHARLES SUSSMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Elizabeth Ann Blackburn, Judge.

David Charles Sussman, Arcadia, pro se.

James Uthmeier, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

August 15, 2025

PER CURIAM.

David Charles Sussman ("Appellant") pro se appeals an order denying his postconviction motions. We affirm this order without further discussion.

This Court has previously reviewed and ruled upon multiple meritless and duplicative filings of Appellant stemming from this same case. Because it appears that Appellant's filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this Court asserting claims stemming from

Volusia County Circuit Court Case No. 2001-36686-CFAES may result in sanctions such as a bar on pro se filing in this Court. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999); *Lavender v. State*, 6 So. 3d 713, 714 (Fla. 5th DCA 2009).

AFFIRMED; APPELLANT CAUTIONED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____